No. 95–8374. PITTS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–8402. HERNANDEZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–8415. OWENS v. WHITE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8437. HENRY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–8451. BROUSSARD v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–8478. WITHERSPOON v. BIBBINGS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 95–8487. RODRIGUEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–8509. LEE v. HALL. Sup. Ct. S. C. Certiorari denied.

No. 95–8511. LAWTON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–8520. LLOYD v. ROBINSON, SECRETARY, MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES. Ct. Sp. App. Md. Certiorari denied.

No. 95–8536. WOFFORD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–8551. WALKER v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 95–8585. JONES v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 95–8588. SUMMERS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–8630. LOWE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–8631. MCQUILKIN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.